BEFORE THE SECOND DIVISION, JUNE 5, 1961

No. 65746.—Edward S. Zerwekh and Wolf-Brown, Inc. *v.* United States, protest 59/12878 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of military insignia similar in all material respects to those the subject of Abstract 63445, the claim of the plaintiffs was sustained.